

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

May 18, 2012

| | |
|---|---|
| No.: | 12-55920 |
| D.C. No.: | 2:11-cv-01987-SJO-SH |
| Short Title: | Stoddard White, Jr. v. Twentieth Century Fox Corporat, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STODDARD WHITE, Jr.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TWENTIETH CENTURY FOX CORPORATION, a Delaware corporation, with its principal place of business in California; CONUNDRUM ENTERTAINMENT, a private California Company; PETER J. FARRELLY, an individual; ROBERT L. FARRELLY, Jr.; FRONTIER PICTURES, a California corporation; EDWARD DECTER, an individual; JOHN J. STRAUSS, an individual; FRANK BEDDOR, an individual; AUTOMATIC PICTURES, a California corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT, INC., a Delaware corporation. with principal palce of business in California; TWENTIETH CENTURY FOX-TELEVISION, INC., a Delaware corporation with its principal place of business in California,<br><br>        Defendants - Appellees. | No. 12-55920<br><br>D.C. No. 2:11-cv-01987-SJO-SH<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., June 11, 2012** | Transcript shall be ordered. |
| **Mon., September 10, 2012** | Transcript shall be filed by court reporter. |
| **Mon., October 22, 2012** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., November 21, 2012** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Blanca Gurule
Deputy Clerk