# UNITED STATES DISTRICT COURT
## Central District of California

Stoddard White, Jr., PLAINTIFF

**BILL OF COSTS (LOCAL RULE 54-4)**

V.

Twentieth Century Fox Corp., et. al., DEFENDANTS

Case Number: CV 11-01987 SJO (SHx)

Judgment having been entered in the above entitled action on    April 12, 2012    against    PLAINTIFF ,
                                                                      Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-4.1 | $ |
| Fees for service of process: see L.R. 54-4.2 | |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Reporter's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | 1,751.20 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | |
| State Court costs: see L.R. 54-4.14 | |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |

Other (please itemize) - Fees Application pending

                                                            TOTAL    $      1,751.20

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

See attached invoice.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or (courtesy copy)
☑ Conventional service by overnight delivery as set forth below

s/ Attorney: _Vincent Cox_

Name of Attorney: Vincent Cox

Costs are taxed in the amount of $1,751.20

TERRY NAFISI          By: _____          JULY 17, 2012
Clerk of Court                   Deputy Clerk                                     Date

**MERRILL CORPORATION**

LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17159684 | 04/13/2012 | 1701-332693 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/27/2012 | VOGEMO | 2:11-CV-1987 S |
| CASE CAPTION ||| 
| Stoddard White, Jr. vs. Twentieth Century Fox Film Corp. |||
| TERMS |||
| Immediate, sold FOB Merrill facility |||

Vincent Cox
Leopold, Petrich & Smith
2049 Century Park East
Suite 3110
Los Angeles, CA 90067-3274

```
ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION)
   Stoddard White, Jr.          246 Pages @    5.25/Page        1,291.50
       Exhibit Copy Scan       538.00 Pages @   .65/Page          349.70
       Parking and Tolls                                           34.00
       TotalTranscript                                             45.00
       Production and Code Comp                                    45.00
       Process/Delivery                                            20.00
       Video Per Page            213.00       @       .00            n/c
```

TOTAL DUE >>>>     ~~1,785.20~~  **1,751.20**
AFTER 5/13/2012 PAY    1,963.72

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

TAX ID NO.: 20-2665382

(310) 277-3333   Fax (310) 277-7444

*Please detach bottom portion and return with payment.*

---

Vincent Cox
Leopold, Petrich & Smith
2049 Century Park East
Suite 3110
Los Angeles, CA 90067-3274

Invoice No.: 17159684
Date        : 04/13/2012
TOTAL DUE   :  1,785.20
AFTER 5/13/2012 PAY : 1,963.72

Job No.   : 1701-332693
Case No.  : 2:11-CV-1987 SJO (SHX)
Stoddard White, Jr. vs. Twentieth Ce

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On April 26, 2012, I served the foregoing document described as **BILL OF COSTS** on the interested parties in this action.

[x] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

Stoddard White, Jr.
2221 West Grouse Ave.
Nampa, ID  83653
**Plaintiff *in propria persona***

[ ] **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

[x] **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) by electronic mail, and no error was reported. Said electronic mail transmission(s) were directed as indicated on the service list.

[x] **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 26, 2012, at Los Angeles, California.

Robin Black

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

26688