**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STODDARD WHITE, Jr., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> TWENTIETH CENTURY FOX CORPORATION, a Delaware corporation, with its principal place of business in California; et al., <br><br> Defendants - Appellees. | No. 12-55920 <br><br> D.C. No. 2:11-cv-01987-SJO-SH <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

2/24/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: D.W. NELSON, LEAVY, and THOMAS, Circuit Judges.

The Appellee's motion for leave to submit DVDs is GRANTED. The DVDs should be submitted on or before February 28, 2014.